NO












 
 
 
 
 
 
  
 
 
 
 
  
 


NO. 12-09-00245-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

PINEYWOODS COMMUNITY 

DEVELOPMENT FINANCIAL                       '     APPEAL
FROM THE 159TH

INSTITUTION AND PINEYWOODS

HOME TEAM AFFORDABLE

HOUSING, APPELLANTS

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

ENTERPRISE COMMUNITY

LOAN FUND, INC.,                                          '     ANGELINA
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER CURIAM

            Appellants
have filed a motion to dismiss this appeal.  In their motion, Appellants state
that they have reached a resolution of this dispute and no longer wish to
pursue the appeal.  Because Appellants have met the requirements of Texas Rule
of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. 


Opinion delivered June 23, 2010.

Panel consisted of Worthen,
C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)